UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No.: 3:15-bk-03747-JAF
                                                                                          Chapter 13
Jose Monroid and
Dorothy Monroid,

    Debtors.
_____/

Jose Monroid and                                                                          Adv. No. _____
Dorothy Monroid,

    Plaintiffs,

v.

City of Jacksonville, a Municipal
Corporation,

    Defendant.
_____/

## **COMPLAINT**

    COME NOW, Jose Monroid and Dorothy Monroid ("Plaintiffs"), and sue the City of Jacksonville, a Municipal Corporation, ("Defendant") and would state:

    1.  This is an action brought pursuant to 11 U.S.C. § 506(a) to value collateral and determine the status of Defendant's lien and/or claim against Plaintiffs.

    2.  The homestead property of the Plaintiffs is located at 11455 Mandarin Woods Drive East, Jacksonville, FL 32223 with a legal description of:

    Lot 24, MANDARIN WOODS UNIT FOUR, according to the plat thereof as recorded in Plat Book 37, Page 8, of the public records of Duval County, Florida

    3.  A first mortgage was executed by Plaintiffs and Bank of America N.A., in the approximate amount of $97,751.00 on or about June 24, 2010 and recorded in the Official

Records of Duval County, Florida, Book 15295, Page 2391. The first mortgage is now assigned to U.S. Bank National Association per an assignment recorded in the Official Records of Duval County, Florida, Book 15295, Page 2400.

4. On or about June 24, 2010, Plaintiffs entered into a subordinate mortgage transaction with the Florida Housing Finance Corporation, which loaned Plaintiffs the principal sum of approximately $7,500.00 to be secured by a second mortgage on the homestead property of the Plaintiffs. The mortgage is recorded in the Official Records of Duval County, Florida, Book 15295, Page 2401.

5. On or about June 24, 2010, Plaintiffs entered into a subordinate mortgage transaction with the City of Jacksonville, a Municipal Corporation, which loaned Plaintiffs the principal sum of approximately $10,000 to be secured by a third mortgage on the homestead property of the Plaintiffs. The mortgage is recorded in the Official Records of Duval County, Florida, Book 15295, Page 2407.

6. Section 506 of the Bankruptcy Code defines the secured and unsecured status of debts based upon the value of the underlying collateral. This Section provides in relevant part:

> An allowed claim of a creditor secured by a lien on property in which the estate has an interest… is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property,… and is an unsecured claim to the extent that the value of such creditor's interest or the amount so subject to setoff is less than the amount of such allowed claim.
>
> 11 U.S.C. § 506(a)(2009).

7. The replacement value of the property of the Plaintiffs, based on personal knowledge and belief, is $98,500.00

8. As of the date of the filing of the Voluntary Petition, there remained a sum due in excess of $100,610.97 (plus applicable payoff charges) on the first mortgage loan on the property per the proof of claim filed by U.S. Bank National Association on November 27, 2015, Claim 8-1.

9. Under the above provisions of 11 U.S.C. § 506(a), the mortgage lien of Defendant, the City of Jacksonville, a Municipal Corporation, recorded in the Official Records of Duval County, Florida, Book 15295, Page 2407, is wholly unsecured and subject to removal and shall be treated as an unsecured claim in the Chapter 13 Plan of the Plaintiffs.

**RELIEF REQUESTED**

WHEREFORE, Plaintiffs request that this Honorable Court value the interest and any claim of Defendant, the City of Jacksonville, a Municipal Corporation, in the property of the Plaintiffs at the replacement value of $0.00; and strip off the lien of Defendant by virtue of its mortgage on the property of the Plaintiffs and treat Defendant as an unsecured creditor.

DATED this March 21, 2016.                     **The Law Offices of Keith D. Collier**

/s/ Keith D. Collier
**KEITH D. COLLIER**
Florida Bar No.: 0633771
2350 Park Street
Jacksonville, Florida 32204
(904) 981-8100/Fax: 981-8015
Collier@KeithDCollier.com
Attorney for Plaintiffs/Debtors